MEMO ENDORSED

# BACHNER & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
### 111 BROADWAY
### SUITE 701
### NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

www.bhlawfirm.com

MICHAEL F. BACHNER*
*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
18 METZGER DRIVE
WEST ORANGE, NJ 07052

October 6, 2023

**VIA ECF**
Honorable Valerie E. Caproni
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2023

**Re:    USA v. Viggiano, et. al. (Stephen Forlano), 23 Cr. 497 (VEC)**

Dear Judge Caproni:

My office represents Stephen Forlano in connection with the above-referenced matter. I am writing with the consent of the Government to request an extension of one week until October 13, 2023, to have an additional signatory sign on Mr. Forlano's bond. Mr. Forlano's mother was interviewed by the Government today and was authorized to sign. However, because she resides in New Jersey we will need some time to execute the documents.

Should the Court have any questions, we stand ready to assist. Thank you for your courtesy in this and all other matters.

Respectfully,

/s/ Michael Bachner
Michael F. Bachner

-----------------------------------------
Hon. Valerie E. Caproni, USDCJ

Cc: Government counsel
     Pre-trial Services

Application GRANTED *nunc pro tunc*.

October 16, 2023

SO ORDERED.

[signature: Valerie Caproni]

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE