USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                   :
                                           :    23-CR-497 (VEC)
            -against-                      :
                                           :    ORDER
STEPHEN FORLANO, JR.,                      :
                                           :
                           Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 11, 2024, Mr. Forlano appeared for a change-of-plea, during which Mr. Forlano pled guilty to Count Five of the Indictment.

IT IS HEREBY ORDERED that Mr. Forlano must appear for sentencing on **May 14, 2024**, at **2:30 p.m.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions are due no later than **April 30, 2024**.

IT IS FURTHER ORDERED that Mr. Forlano's bail conditions are to remain in place.

**SO ORDERED.**

Date: January 11, 2024
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**